## EXHIBIT A

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

### I. INTRODUCTION
Defendant Akron Metropolitan Housing Authority ("AMHA") seeks dismissal of Plaintiff's complaint. The motion should be denied. Plaintiff has alleged specific facts, supported by exhibits, showing AMHA terminated his tenancy without providing the notice, grievance rights, or due process required by federal law. These actions violated HUD regulations (24 C.F.R. § 966.4(l)(3); §§ 966.53–966.56), the Fourteenth Amendment, and caused substantial damages.

### II. STATEMENT OF FACTS
- Jan. 5, 2024 – Plaintiff paid $425 in rent (receipt confirmed).
- Feb. 23, 2024 – Plaintiff attempted to pay $171. AMHA agent Stephanie Pence admitted in writing: "Since I did not receive your receipt the same day, I issued lease termination and put a block on your account. Therefore, your payment was automatically canceled." (Exhibit A-1).
- Feb. 23, 2024 – Lease termination issued, account blocked without notice or grievance rights.
- Mar. 1, 2024 – AMHA confirmed in writing that Plaintiff "will remain on lease termination until rent is paid in full."
- Plaintiff's Huntington Bank statements show over $90,000 in deposits in Jan–Feb 2024, proving ability to pay rent (Exhibit B).
- Plaintiff's $6,469 in business property was discarded during eviction (Exhibit C).
- Plaintiff was forced into hotels and later to live in his office due to housing instability (Exhibit D).
- Aug. 20, 2024 – Landlord refused Plaintiff a lease citing "recent eviction activity."

### III. LEGAL ARGUMENT
Count I – Violation of Due Process (14th Amendment & 42 U.S.C. § 1983)
HUD regulations require public housing authorities to provide written notice and a grievance hearing before lease termination for nonpayment (24 C.F.R. § 966.4(l)(3); §§ 966.53–966.56). AMHA failed to do so (Exhibit A-1). This denial of procedural safeguards constitutes a due process violation.

Count II – Equal Protection Violation (14th Amendment)
AMHA accepted late payments from similarly situated tenants but uniquely enforced a same-day block against Plaintiff. This disparate treatment (Exhibit A-2) supports an Equal Protection claim.

Count III – Retaliation (42 U.S.C. § 1983)

Plaintiff filed grievances regarding housing practices. AMHA's same-day block of payment and termination (Exhibit A-1) was retaliatory, constituting unlawful retaliation.

Count IV – Breach of Contract & HUD Rules
HUD grievance rights are incorporated into Plaintiff's lease. By blocking payment and issuing termination without due process, AMHA breached the lease and violated HUD rules.

Count V – Monell Liability
AMHA's actions reflect a custom and practice of ignoring HUD grievance rights. Under Monell v. Dept. of Social Services, 436 U.S. 658 (1978), AMHA is liable for unconstitutional practices.

Count VI – Seventh & Eighth Amendments
The Seventh Amendment guarantees jury trial for Plaintiff's damages claims. The Eighth Amendment prohibits the excessive penalty inflicted by AMHA's unlawful termination and eviction.

IV. DAMAGES
Plaintiff seeks $40,000,000 in damages, supported by concrete losses:
1. Economic Damages ($2.5M): Lost property (Exhibit C), hotel/relocation (Exhibit D), blocked lease expansion.
2. Non-Economic Damages ($12.5M): Emotional distress, stigma, humiliation caused by eviction and housing instability.
3. Parenting Interference ($2.5M): Disrupted parental duties and family relations.
4. Punitive Damages ($10M): For deliberate, malicious disregard of rights.
5. Additional Relief ($12.5M): To deter misconduct and restore Plaintiff's dignity.

V. PRAYER FOR RELIEF
Plaintiff respectfully requests that this Court:
1. Deny Defendant's Motion to Dismiss;
2. Declare that AMHA violated Plaintiff's constitutional rights;
3. Enter judgment for damages in the amount of $40,000,000;
4. Award costs and fees;
5. Grant such other relief as this Court deems just and proper.

Respectfully submitted,
/s/ Elhadj Alpha Mahmoud Souare
Pro Se Plaintiff
P.O. Box 7024
Akron, Ohio 44306
Tel: 234-303-9210
Email: Fulaniservicesllc@outlook.com