Exhibit

**Auction Sale – 341 - Surplus Auction 2-10-2024**

**PAID IN FULL**

**Andrews Auctioneers LLC**

**August 9, 2025**

**Phone:**

| Invoice #: | 46628 |
|---|---|
| Date: | 2/10/2024 |
| Page: | 1 |

**# 149**

SOLD TO:  Elhadj Alpha Mahmoud Souare
1401 Minson Way
Akron, OH 44306
Phone:234-303-9210

| Lot# | DESCRIPTION | QUANTITY UNIT PRICE | EXTENDED PRICE | |
|---|---|---|---|---|
| 43 | JUICER MISC KITCHEN | 1 x 35.00 | 35.00 | T |
| 55 | RICE COOKER MR COFFEE | 1 x 30.00 | 30.00 | T |
| 77 | MEMORY FOAM MEDICINE CABINET | 1 x 30.00 | 30.00 | T |
| 100 | DEHUMIDIFIER, MISC | 1 x 45.00 | 45.00 | T |
| 231 | CHOICE | 1 x 250.00 | 250.00 | T |
| 237 | MATTRESS | 1 x 150.00 | 150.00 | T |
| 242 | MATTRESS | 1 x 120.00 | 120.00 | T |
| 256 | POOL COVER & RUG | 1 x 50.00 | 50.00 | T |
| 257 | RUGS | 1 x 90.00 | 90.00 | T |
| 259 | BEAN BAG CHAIR | 1 x 70.00 | 70.00 | T |
| 261 | MATTRESS CHOICE | 2 x 90.00 | 180.00 | T |
| 263 | COUCH | 1 x 50.00 | 50.00 | T |
| 266 | MATTRESS KING | 1 x 300.00 | 300.00 | T |
| 267 | TV NIGHT STAND | 1 x 170.00 | 170.00 | T |
| 269 | STORAGE CABINET | 1 x 50.00 | 50.00 | T |
| 271 | MATTRESS QUEEN | 1 x 375.00 | 375.00 | T |
| 279 | TOILET TANK RUG | 1 x 50.00 | 50.00 | T |
| 281 | OFFICE JET PRINTER | 1 x 200.00 | 200.00 | T |
| 284 | TWIN MATTRESSES, RUG | 1 x 200.00 | 200.00 | T |
| 296 | MATTRESS - FULL | 1 x 250.00 | 250.00 | T |
| 298 | LASERJET PRINTER | 1 x 150.00 | 150.00 | T |
| 300 | MATTRESS & FRAMES | 1 x 125.00 | 125.00 | T |
| 301 | CHAIR | 1 x 50.00 | 50.00 | T |
| 2492 | TABLE - CHAIRS | 1 x 40.00 | 40.00 | T |

Thank You for attending todays auction.  Be sure to watch our website www.RES.bid for upcoming auction.

**Andrews Auctioneers LLC**

**August 9, 2025**

**PAID IN FULL**

**Phone:**

| Invoice #: | 46628 |
|---|---|
| Date: | 2/10/2024 |
| Page: | 2 |

**#149 Elhadj Alpha Mahmoud Souare**

| Lot# | DESCRIPTION | UNIT PRICE | EXTENDED PRICE | |
|---|---|---|---|---|
| 4002 | SECTIONAL FURNITURE | 1 x 40.00 | 40.00 | T |
| 4125 | FURNITURE | 1 x 60.00 | 60.00 | T |
| 4142 | MATTRESS, PLASTIC MATS | 1 x 125.00 | 125.00 | T |
| 4159 | MATTRESS | 1 x 100.00 | 100.00 | T |
| 4161 | BED | 1 x 60.00 | 60.00 | T |
| 4203 | PRINTER TV STAND | 1 x 70.00 | 70.00 | T |
| 4211 | MATTRESS | 1 x 60.00 | 60.00 | T |
| 4216 | ARMOIRE | 1 x 35.00 | 35.00 | T |
| 4219 | SECTIONAL | 1 x 25.00 | 25.00 | T |
| 4220 | COUCH | 1 x 350.00 | 350.00 | T |
| 4221 | COUCH | 1 x 375.00 | 375.00 | T |
| 4349 | SOFA PARTS 4 BOXES | 1 x 90.00 | 90.00 | T |
| 4416 | PURPLE COUCH & TABLE | 1 x 25.00 | 25.00 | T |
| 6152 | SOFA - RUG | 1 x 80.00 | 80.00 | T |
| 6154 | FURNITURE + 1 BOX | 1 x 90.00 | 90.00 | T |
| 6155 | MATTRESS | 1 x 155.00 | 155.00 | T |
| 6157 | MATTRESS | 1 x 150.00 | 150.00 | T |
| 6173 | COUCH | 1 x 80.00 | 80.00 | T |
| 6258 | BATHTUB - END TABLE | 1 x 30.00 | 30.00 | T |
| 6266 | RUG DESK & CHAIR BED | 1 x 90.00 | 90.00 | T |
| 6276 | SHELVING | 1 x 25.00 | 25.00 | T |
| 6281 | DISHES | 1 x 35.00 | 35.00 | T |
| 6287 | CHAIR - NIGHT STAND | 1 x 15.00 | 15.00 | T |
| 6293 | 2 TREADMILLS - BED | 1 x 25.00 | 25.00 | T |
| 6299 | 2 MATTRESSES | 1 x 90.00 | 90.00 | T |
| 6302 | FIREPLACE | 1 x 45.00 | 45.00 | T |
| 6338 | BED FRAME - SOFA | 1 x 65.00 | 65.00 | T |
| 6361 | 2 BOXES | 1 x 10.00 | 10.00 | T |

**Thank You for attending todays auction.  Be sure to watch our website www.RES.bid for upcoming auction.**

**PAID IN FULL**

**Andrews Auctioneers LLC**

**August 9, 2025**

**Phone:**

| Invoice #: | 46628 |
|---|---|
| Date: | 2/10/2024 |
| Page: | 3 |

**#149 Elhadj Alpha Mahmoud Souare**

| Lot# | DESCRIPTION | UNIT PRICE | EXTENDED PRICE | |
|---|---|---|---|---|
| 6363 | PLATFORM BED | 1 x 25.00 | 25.00 | T |
| 6364 | BEDFRAME FOUNDATION | 1 x 15.00 | 15.00 | T |
| 6371 | MATTRESS | 1 x 10.00 | 10.00 | T |
| 6393 | 3 BOXES BEDDING | 1 x 30.00 | 30.00 | T |
| 6395 | MATTRESS MISC 5 BOXES | 1 x 40.00 | 40.00 | T |
| 6398 | GOLFCART 2 BOXES | 1 x 30.00 | 30.00 | T |
| 6405 | CHAIR | 1 x 25.00 | 25.00 | T |
| 8006 | FIRE TV | 1 x 150.00 | 150.00 | T |

| | |
|---|---|
| Total Quantity: | 61.00 |
| Total Extended Price: | 5,785.00 |
| 5% Buyer's Premium: | 289.25 |
| Tax1 Default: | 394.83 |
| Invoice Total: | $6,469.08 |
| MasterCard 531 - 2/10/2024 - | 6,469.08 |
| Remaining Invoice Balance: | $0.00 |

Thank You for attending todays auction.  Be sure to watch our website www.RES.bid for upcoming auction.