**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

**⦀ Huntington**

FULANI SERVICES LLC
1401 MINSON WAY
AKRON OH 44306-2172

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Business Checking 100*

Account: --------

**Statement Activity From:**
**01/01/24 to 01/31/24**

| | |
|---|---|
| Days in Statement Period | 31 |
| Average Ledger Balance* | 14,798.72 |
| Average Collected Balance* | 14,798.72 |

\* The above balances correspond to the
service charge cycle for this account.

| | |
|---|---:|
| **Beginning Balance** | **$12,973.08** |
| **Credits (+)** | **15,919.01** |
| Electronic Deposits | 15,193.92 |
| Other Credits | 725.09 |
| **Debits (-)** | **14,598.06** |
| Regular Checks Paid | 1,250.00 |
| Electronic Withdrawals | 10,916.96 |
| Other Debits | 2,431.10 |
| **Total Service Charges (-)** | **22.50** |
| **Ending Balance** | **$14,271.53** |

## *Other Credits (+)*

Account:------- ⦀

| Date | Amount | Description |
|---|---:|---|
| 01/02 | 725.00 | Debit Card Provisional Credit Issued |
| 01/02 | 0.09 | EASY SAVINGS REBATE RBT GET GO #3029   RBT GET GO #3029 EASYSAVINGS NY XXXXXXXXXXXX8775 |
| 01/05 | 4,318.92 | STATE OF OHIO MAINT/WARR  010524 DMR0103612914 DMR01*03685677*DODD.SUPPORT@DODD.OHIO.GOV I/O LV1 DEC23D\ |
| 01/11 | 696.66 | STATE OF OHIO MAINT/WARR  011124 DMR0103619853 DMR01*03692071*DODD.SUPPORT@DODD.OHIO.GOV I/O LV1 JAN24A\ |
| 01/19 | 6,448.02 | STATE OF OHIO MAINT/WARR  011924 DMR0103627316 DMR01*03699105*DODD.SUPPORT@DODD.OHIO.GOV I/O LV1 JAN24B\ |
| 01/25 | 3,730.32 | STATE OF OHIO MAINT/WARR  012524 DMR0103634706 DMR01*03706105*DODD.SUPPORT@DODD.OHIO.GOV I/O LV1 JAN24C\ |

## *Checks (-)*

Account:------- ⦀

| Date | Amount | Check # | Date | Amount | Check # |
|---|---:|---|---|---:|---|
| 01/10 | 250.00 | 105992 | 01/12 | 200.00 | 517102* |
| 01/08 | 100.00 | 173939* | 01/02 | 200.00 | 716034* |
| 01/08 | 100.00 | 325812* | 01/16 | 400.00 | 865122* |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous
statement or 4) been included in a list of checks.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned
subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⦀ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington
Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others
pending. ©2024 Huntington Bancshares Incorporated.



## Other Debits (-)

| Date | Amount | Description |
|---|---|---|
| 01/02 | 15.99 | PURCHASE LYFT *1 RIDE 12-28   LYFT *1 RIDE 12-28 855-865-9553 CA XXXXXXXXXXXX8775 |
| 01/02 | 14.32 | PURCHASE LYFT *1 RIDE 12-29   LYFT *1 RIDE 12-29 855-865-9553 CA XXXXXXXXXXXX8775 |
| 01/02 | 5.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX8775 |
| 01/02 | 10.17 | PURCHASE WM SUPERC Wal-Mart   WM SUPERC Wal-Mart STOW OH XXXXXXXXXXXX8775 |
| 01/02 | 208.00 | PURCHASE Wal-Mart Super Cen   Wal-Mart Super Cen STOW OH XXXXXXXXXXXX8775 |
| 01/02 | 5.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX8775 |
| 01/02 | 14.11 | PURCHASE LYFT *1 RIDE 12-30   LYFT *1 RIDE 12-30 855-865-9553 CA XXXXXXXXXXXX8775 |
| 01/02 | 100.00 | HUNTINGTON ATM CASH WITHDRAWAL   1600 WATER ST KENT OH XXXXXXXXXXXX8775 |
| 01/02 | 20.00 | HUNTINGTON ATM CASH WITHDRAWAL   1600 WATER ST KENT OH XXXXXXXXXXXX8775 |
| 01/02 | 10.13 | PURCHASE WALGREENS STORE 11   WALGREENS STORE 11 AKRON OH XXXXXXXXXXXX8775 |
| 01/02 | 32.08 | PURCHASE WATERLOO PIT STOP   WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX8775 |
| 01/02 | 10.73 | PURCHASE WALGREENS STORE 11   WALGREENS STORE 11 AKRON OH XXXXXXXXXXXX8775 |
| 01/02 | 1,190.15 | PAYROLL SERVICE F6VU  010324 F6VU F6VU |
| 01/08 | 73.66 | ONLINE PAYROLL PAYROLL  240105 7611342 |
| 01/08 | 425.00 | LIPH Bank WEB PAYMNT  685827212 |
| 01/08 | 1,377.39 | KimPres Real Est Payment  682900277 |
| 01/11 | 1,751.97 | PAYROLL SERVICE F6VU  011224 F6VU F6VU |
| 01/16 | 21.34 | ONLINE PAYROLL PAYROLL  240114 0284538 |
| 01/19 | 50.83 | PURCHASE ALDI 63030   ALDI 63030 AKRON OH XXXXXXXXXXXX3874 |
| 01/22 | 27.24 | PURCHASE SIMPLEMOBILE*AIRTIME   SIMPLEMOBILE*AIRTIME 877-878-7908 FL XXXXXXXXXXXX3874 |
| 01/22 | 5.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX3874 |
| 01/22 | 40.00 | PURCHASE APF*V T LARNEY LTD   APF*V T LARNEY LTD YOUNGSTOWN OH XXXXXXXXXXXX3874 |
| 01/22 | 30.98 | PURCHASE WATERLOO PIT STOP   WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX3874 |
| 01/22 | 127.00 | PURCHASE WAL-MART #2323   WAL-MART #2323 STOW OH XXXXXXXXXXXX3874 |
| 01/22 | 158.00 | PURCHASE WAL-MART #2323   WAL-MART #2323 STOW OH XXXXXXXXXXXX3874 |
| 01/22 | 12.79 | PURCHASE WAL-MART #2323   WAL-MART #2323 STOW OH XXXXXXXXXXXX3874 |
| 01/22 | 5.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX3874 |
| 01/22 | 35.62 | PURCHASE SAVE A LOT #24   SAVE A LOT #24 LISBON OH XXXXXXXXXXXX3874 |
| 01/22 | 42.05 | PURCHASE CIRCLE K 05233 335   CIRCLE K 05233 335 LISBON OH XXXXXXXXXXXX3874 |
| 01/22 | 26.68 | PURCHASE O'REILLY 2369   O'REILLY 2369 AKRON SD XXXXXXXXXXXX3874 |
| 01/22 | 500.00 | HUNTINGTON ATM CASH WITHDRAWAL   1600 WATER ST KENT OH XXXXXXXXXXXX3874 |
| 01/22 | 5.04 | PURCHASE CIRCLE K 05605 650   CIRCLE K 05605 650 AKRON OH XXXXXXXXXXXX3874 |
| 01/22 | 2,237.64 | PAYROLL SERVICE F6VU  011924 F6VU F6VU |
| 01/23 | 17.97 | PURCHASE LYFT *2 RIDES 01-21   LYFT *2 RIDES 01-21 SAN FRANCISCO CA XXXXXXXXXXXX3874 |
| 01/23 | 2.35 | PURCHASE ANA VENDING COMPANY,   ANA VENDING COMPANY, AKRON OH XXXXXXXXXXXX3874 |
| 01/23 | 6.05 | PURCHASE WAL-MART #2323   WAL-MART #2323 STOW OH XXXXXXXXXXXX3874 |
| 01/23 | 241.02 | DOMINION ENERGY BILLPAY  240122 1180017990271 |
| 01/24 | 40.57 | PURCHASE LYFT 3 RIDES 01-22   LYFT 3 RIDES 01-22 8558659553 CA XXXXXXXXXXXX3874 |
| 01/25 | 5.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX3874 |
| 01/26 | 5.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX3874 |
| 01/26 | 47.99 | PURCHASE WALGREENS STORE 11   WALGREENS STORE 11 AKRON OH XXXXXXXXXXXX3874 |



## Other Debits (-)                                      *Account:-------0553*

| Date | Amount | Description |
|------|--------|-------------|
| 01/29 | 12.99 | PURCHASE LYFT 1 RIDE 01-26   LYFT 1 RIDE 01-26 8558659553 CA XXXXXXXXXXXXX3874 |
| 01/29 | 26.78 | PURCHASE SAVE A LOT #24   SAVE A LOT #24 LISBON OH XXXXXXXXXXXXX3874 |
| 01/29 | 19.96 | PURCHASE SAVE A LOT #24   SAVE A LOT #24 LISBON OH XXXXXXXXXXXXX3874 |
| 01/29 | 64.00 | NON-HUNTINGTON CASH WITHDRAWAL   REBEL # 909–63623 KENT OH XXXXXXXXXXXXX3874 |
| 01/29 | 37.81 | PURCHASE CIRCLE K 05416 493   CIRCLE K 05416 493 STOW OH XXXXXXXXXXXXX3874 |
| 01/29 | 21.06 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXXX3874 |
| 01/29 | 15.00 | PURCHASE BQ WASHLAND  BQ WASHLAND AKRON OH XXXXXXXXXXXXX3874 |
| 01/29 | 2.00 | PURCHASE BQ WASHLAND  BQ WASHLAND AKRON OH XXXXXXXXXXXXX3874 |
| 01/29 | 22.41 | PURCHASE TARGET T- 449 Howe   TARGET T- 449 Howe Cuyahoga Fall OH XXXXXXXXXXXXX3874 |
| 01/29 | 8.03 | PURCHASE FAMILY DOLLAR  FAMILY DOLLAR DEERFIELD OH XXXXXXXXXXXXX3874 |
| 01/29 | 31.15 | PURCHASE SAVE A LOT #24   SAVE A LOT #24 LISBON OH XXXXXXXXXXXXX3874 |
| 01/29 | 10.72 | PURCHASE SAVE A LOT #24   SAVE A LOT #24 LISBON OH XXXXXXXXXXXXX3874 |
| 01/29 | 12.39 | PURCHASE Giant 454  Giant 454 Kent OH XXXXXXXXXXXXX3874 |
| 01/29 | 12.42 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXXX3874 |
| 01/29 | 2.89 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXXX3874 |
| 01/29 | 19.20 | PURCHASE TARGET T- 449 Howe   TARGET T- 449 Howe Cuyahoga Fall OH XXXXXXXXXXXXX3874 |
| 01/29 | 3,598.79 | PAYROLL SERVICE F6VU  012624 F6VU F6VU |
| 01/30 | 40.00 | PURCHASE CATHOLICCHARITIESCLE  CATHOLICCHARITIESCLECLEVELAND OH XXXXXXXXXXXXX3874 |
| 01/30 | 30.98 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXXX3874 |
| 01/30 | 160.00 | HUNTINGTON ATM CASH WITHDRAWAL   1411 S ARLINGTON S AKRON OH XXXXXXXXXXXXX3874 |
| 01/30 | 15.96 | PURCHASE SAVE A LOT #24   SAVE A LOT #24 LISBON OH XXXXXXXXXXXXX3874 |
| 01/30 | 20.98 | PURCHASE CIRCLE K 05233 335   CIRCLE K 05233 335 LISBON OH XXXXXXXXXXXXX3874 |
| 01/31 | 22.41 | PURCHASE LYFT 2 RIDES 01-29   LYFT 2 RIDES 01-29 8558659553 CA XXXXXXXXXXXXX3874 |
| 01/31 | 5.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXXX3874 |
| 01/31 | 20.22 | PURCHASE SUNOCO 0134996  SUNOCO 0134996 CANTON OH XXXXXXXXXXXXX3874 |
| 01/31 | 160.05 | PURCHASE TARGET T- 449 Howe   TARGET T- 449 Howe Cuyahoga Fall OH XXXXXXXXXXXXX3874 |

## Service Charge Detail                                 *Account:-------0553*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 01/16 | 8.00 | | FRAUD PROTECTION SERVICE FEES |
| 01/16 | 3.50 | | ATM USAGE FEES |
| 01/16 | 11.00 | | EXCESS TRANSACTION FEE |

## Service Charge Summary                                *Account:-------0553*

| | |
|---|---|
| Previous Month Service Charges (-) | $22.50 |
| Total Service Charges (-) | $22.50 |



## *Balance Activity*                                                 *Account:--------0553*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/31 | 12,973.08 | 01/12 | 12,600.05 | 01/25 | 18,717.72 |
| 01/02 | 11,862.49 | 01/16 | 12,156.21 | 01/26 | 18,664.73 |
| 01/05 | 16,181.41 | 01/19 | 18,553.40 | 01/29 | 14,747.13 |
| 01/08 | 14,105.36 | 01/22 | 15,300.36 | 01/30 | 14,479.21 |
| 01/10 | 13,855.36 | 01/23 | 15,032.97 | 01/31 | 14,271.53 |
| 01/11 | 12,800.05 | 01/24 | 14,992.40 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



FULANI SERVICES LLC
877 GORGE BLVD
AKRON OH 44310-3462

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*     *Account: -------0553*

| | | |
|---|---|---|
| **Statement Activity From:** | **Beginning Balance** | **$14,271.53** |
| **02/01/24 to 02/29/24** | Credits (+) | 85,350.17 |
| | Regular Deposits | 1,071.67 |
| Days in Statement Period  29 | Electronic Deposits | 84,270.94 |
| | Other Credits | 7.56 |
| Average Ledger Balance* 12,285.57 | **Debits (-)** | **82,710.06** |
| Average Collected Balance* 12,283.85 | Regular Checks Paid | 180.00 |
| * The above balances correspond to the | Electronic Withdrawals | 8,261.86 |
| service charge cycle for this account. | Other Debits | 74,268.20 |
| | **Total Service Charges (-)** | **15.00** |
| | **Ending Balance** | **$16,896.64** |

## *Deposits (+)*     *Account:-------0553*

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 02/05 | 50.00 | 32997309 | Brch/ATM | 02/20 | 1,021.67 | 323513163 | Remote |

## *Other Credits (+)*     *Account:-------0553*

| Date | Amount | Description |
|---|---|---|
| 02/01 | 4,279.68 | STATE OF OHIO MAINT/WARR  020124 DMR0103641955 DMR01*03713036*DODD.SUPPORT@DODD.OHIO.GOV I/O LV1 JAN24D\ |
| 02/07 | 0.12 | EASY SAVINGS REBATE RBT CIRCLE K 05410    RBT CIRCLE K 05410 EASYSAVINGS NY XXXXXXXXXXXXX4336 |
| 02/08 | 4,909.69 | STATE OF OHIO MAINT/WARR  020824 DMR0103649302 DMR01*03719969*DODD.SUPPORT@DODD.OHIO.GOV I/O LV1 JAN24E\ |
| 02/15 | 11,558.20 | STATE OF OHIO MAINT/WARR  021524 DMR0103656998 DMR01*03727082*DODD.SUPPORT@DODD.OHIO.GOV I/O LV1 FEB24A\ |
| 02/16 | 0.20 | EASY SAVINGS REBATE RBT CIRCLE K 05233    RBT CIRCLE K 05233 EASYSAVINGS NY XXXXXXXXXXXXX4336 |
| 02/23 | 48,452.88 | STATE OF OHIO MAINT/WARR  022324 DMR0103664841 DMR01*03734408*DODD.SUPPORT@DODD.OHIO.GOV I/O LV1 FEB24B\ |
| 02/26 | 6.36 | MERCHANDISE RET GET GO #3124  GET GO #3124 AKRON OH XXXXXXXXXXXXX4336 |
| 02/26 | 0.30 | EASY SAVINGS REBATE RBT GET GO #3124    RBT GET GO #3124 EASYSAVINGS NY XXXXXXXXXXXXX4336 |
| 02/28 | 0.58 | EASY SAVINGS REBATE RBT 3147 GET GO CAFE &    RBT 3147 GET GO CAFE & EASYSAVINGS NY XXXXXXXXXXXXX4336 |
| 02/29 | 15,070.49 | STATE OF OHIO MAINT/WARR  022924 DMR0103672290 DMR01*03741453*DODD.SUPPORT@DODD.OHIO.GOV I/O FEB24C\ |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⑩ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2024 Huntington Bancshares Incorporated.



## Checks (-)                                    Account:-------0553

| Date  | Amount | Check # | Date | Amount | Check # |
|-------|--------|---------|------|--------|---------|
| 02/02 | 180.00 | 511055  |      |        |         |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## Other Debits (-)                                Account:-------0553

| Date  | Amount   | Description |
|-------|----------|-------------|
| 02/01 | 15.78    | PURCHASE LYFT 1 RIDE 01-30  LYFT 1 RIDE 01-30 8558659553 CA XXXXXXXXXXXX3874 |
| 02/01 | 21.06    | PURCHASE CIRCLE K 05601 635  CIRCLE K 05601 635 AKRON OH XXXXXXXXXXXX4336 |
| 02/02 | 111.98   | PURCHASE BUCKEYE PIT STOP  BUCKEYE PIT STOP AKRON OH XXXXXXXXXXXX3874 |
| 02/02 | 37.50    | PURCHASE TENANTMAGICNET  TENANTMAGICNET HIGHLAND HEIG OH XXXXXXXXXXXX3874 |
| 02/02 | 5.00     | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX3874 |
| 02/02 | 5.00     | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX3874 |
| 02/02 | 1,641.70 | PAYROLL SERVICE F6VU  020224 F6VU F6VU |
| 02/05 | 8.45     | PURCHASE JU YUAN  JU YUAN AKRON OH XXXXXXXXXXXX4336 |
| 02/05 | 8.45     | PURCHASE JU YUAN  JU YUAN AKRON OH XXXXXXXXXXXX4336 |
| 02/05 | 30.98    | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 02/05 | 20.65    | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 02/05 | 6.75     | PURCHASE JU YUAN  JU YUAN AKRON OH XXXXXXXXXXXX4336 |
| 02/05 | 8.00     | PURCHASE PERSONAL TOUCH CAR WAS  PERSONAL TOUCH CAR WAS COVENTRY TWP OH XXXXXXXXXXXX4336 |
| 02/05 | 39.00    | PURCHASE CHUCK E CHEESE  CHUCK E CHEESE AKRON OH XXXXXXXXXXXX4336 |
| 02/05 | 13.86    | PURCHASE CHUCK E CHEESE  CHUCK E CHEESE AKRON OH XXXXXXXXXXXX4336 |
| 02/05 | 19.73    | PURCHASE CHUCK E CHEESE  CHUCK E CHEESE AKRON OH XXXXXXXXXXXX4336 |
| 02/05 | 23.63    | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 02/05 | 14.45    | PURCHASE MCDONALD'S F5401  MCDONALD'S F5401 SALEM OH XXXXXXXXXXXX4336 |
| 02/05 | 4.89     | PURCHASE MCDONALD'S F10730  MCDONALD'S F10730 LISBON OH XXXXXXXXXXXX4336 |
| 02/05 | 11.93    | PURCHASE CIRCLE K 05410  CIRCLE K 05410 HUDSON OH XXXXXXXXXXXX4336 |
| 02/05 | 4.68     | PURCHASE CIRCLE K 05234 182  CIRCLE K 05234 182 SALEM OH XXXXXXXXXXXX4336 |
| 02/05 | 17.90    | PURCHASE SAVE A LOT #24  SAVE A LOT #24 LISBON OH XXXXXXXXXXXX4336 |
| 02/05 | 14.66    | PURCHASE SAVE A LOT #24  SAVE A LOT #24 LISBON OH XXXXXXXXXXXX4336 |
| 02/05 | 3.18     | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 02/05 | 120.00   | HUNTINGTON ATM CASH WITHDRAWAL  1411 S ARLINGTON AKRON OH XXXXXXXXXXXX4336 |
| 02/05 | 22.20    | PURCHASE Giant 454  Giant 454 Kent OH XXXXXXXXXXXX4336 |
| 02/05 | 92.88    | ONLINE PAYROLL PAYROLL  240202 5949957 |
| 02/06 | 15.00    | PURCHASE ZIP TRIP  ZIP TRIP LISBON OH XXXXXXXXXXXX4336 |
| 02/06 | 79.98    | PURCHASE SPECTRUM  SPECTRUM 855-707-7328 MO XXXXXXXXXXXX4336 |
| 02/06 | 128.31   | PURCHASE SAVE A LOT #24  SAVE A LOT #24 LISBON OH XXXXXXXXXXXX4336 |
| 02/06 | 50.36    | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 02/06 | 39.68    | KimPres Real Est Payment  693108853 |
| 02/06 | 72.06    | FIRSTENERGY OPCO FE ECHECK  110154594888 |



## *Other Debits (-)*

| Date | Amount | Description |
|---|---|---|
| 02/06 | 383.99 | KimPres Real Est Payment  693108852 |
| 02/06 | 1,201.00 | KimPres Real Est Payment  693108850 |
| 02/07 | 5.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX3874 |
| 02/07 | 15.00 | PURCHASE ZIP TRIP  ZIP TRIP LISBON OH XXXXXXXXXXXX4336 |
| 02/07 | 108.00 | PURCHASE WM SUPERC Wal-Mart  WM SUPERC Wal-Mart STOW OH XXXXXXXXXXXX4336 |
| 02/07 | 37.33 | PURCHASE Wal-Mart Super Cen  Wal-Mart Super Cen STOW OH XXXXXXXXXXXX4336 |
| 02/07 | 1,760.26 | WITHDRAWAL |
| 02/08 | 8.45 | PURCHASE JU YUAN  JU YUAN AKRON OH XXXXXXXXXXXX4336 |
| 02/08 | 60.00 | HUNTINGTON ATM CASH WITHDRAWAL  1411 S ARLINGTON S AKRON OH XXXXXXXXXXXX4336 |
| 02/08 | 758.00 | PURCHASE WM SUPERC Wal-Mart  WM SUPERC Wal-Mart STOW OH XXXXXXXXXXXX4336 |
| 02/08 | 10.64 | PURCHASE WM SUPERC Wal-Mart  WM SUPERC Wal-Mart STOW OH XXXXXXXXXXXX4336 |
| 02/08 | 25.96 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 02/09 | 8.45 | PURCHASE JU YUAN  JU YUAN AKRON OH XXXXXXXXXXXX4336 |
| 02/09 | 61.95 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 02/09 | 15.59 | PURCHASE CIRCLE K 05665 253  CIRCLE K 05665 253 CANTON OH XXXXXXXXXXXX4336 |
| 02/09 | 500.00 | HUNTINGTON ATM CASH WITHDRAWAL  1411 S ARLINGTON S AKRON OH XXXXXXXXXXXX4336 |
| 02/09 | 1,477.45 | PAYROLL SERVICE F6VU  SD1300 F6VU F6VU |
| 02/12 | 120.00 | PURCHASE AKRON MUNICIPAL COURT  AKRON MUNICIPAL COURT AKRON OH XXXXXXXXXXXX4336 |
| 02/12 | 6.25 | PURCHASE STARBUCKS STORE 29661  STARBUCKS STORE 29661 CANTON OH XXXXXXXXXXXX4336 |
| 02/12 | 10.27 | PURCHASE Speedway 3825 Sou  Speedway 3825 Sou Canton OH XXXXXXXXXXXX4336 |
| 02/12 | 6,469.08 | PURCHASE ANDREWS AUCTIONEERS  ANDREWS AUCTIONEERS WOOSTER OH XXXXXXXXXXXX4336 |
| 02/12 | 9.97 | PURCHASE WENDY'S #10917  WENDY'S #10917 DALTON OH XXXXXXXXXXXX4336 |
| 02/12 | 15.49 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 02/12 | 40.35 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 02/12 | 43.50 | NON-HUNTINGTON CASH WITHDRAWAL  USB EAST EXCHANGE AKRON OH XXXXXXXXXXXX4336 |
| 02/12 | 2.69 | PURCHASE DAVE'S SUPERMARKET MID  DAVE'S SUPERMARKET MID AKRON OH XXXXXXXXXXXX4336 |
| 02/12 | 30.29 | PURCHASE MARATHON PETRO  MARATHON PETRO Wooster OH XXXXXXXXXXXX4336 |
| 02/13 | 124.90 | ONLINE PAYROLL PAYROLL  240209 8175093 |
| 02/13 | 6.75 | PURCHASE JU YUAN  JU YUAN AKRON OH XXXXXXXXXXXX4336 |
| 02/13 | 15.00 | PURCHASE BQ WASHLAND  BQ WASHLAND AKRON OH XXXXXXXXXXXX4336 |
| 02/13 | 1.74 | PURCHASE BQ WASHLAND  BQ WASHLAND AKRON OH XXXXXXXXXXXX4336 |
| 02/13 | 17.80 | PURCHASE CHIPOTLE ONLINE  CHIPOTLE ONLINE CHIPOTLE.COM CA XXXXXXXXXXXX4336 |
| 02/13 | 26.27 | PURCHASE Speedway 293 E Ma  Speedway 293 E Ma Akron OH XXXXXXXXXXXX4336 |
| 02/13 | 23.99 | PURCHASE GLENWOOD VALER  GLENWOOD VALER AKRON OH XXXXXXXXXXXX4336 |
| 02/13 | 30.00 | PURCHASE GLENWOOD VALER  GLENWOOD VALER AKRON OH XXXXXXXXXXXX4336 |
| 02/14 | 20.00 | PURCHASE CIRCLE K 05233  CIRCLE K 05233 LISBON OH XXXXXXXXXXXX4336 |
| 02/14 | 89.14 | PURCHASE U-HAUL-UNIVERSITY#767  U-HAUL-UNIVERSITY#767 AKRON OH XXXXXXXXXXXX4336 |
| 02/14 | 18.51 | PURCHASE WENDY'S #10917  WENDY'S #10917 DALTON OH XXXXXXXXXXXX4336 |
| 02/14 | 99.85 | PURCHASE U-HAUL-UNIVERSITY#767  U-HAUL-UNIVERSITY#767 AKRON OH XXXXXXXXXXXX4336 |
| 02/14 | 39.24 | PURCHASE U-HAUL-UNIVERSITY#767  U-HAUL-UNIVERSITY#767 AKRON OH XXXXXXXXXXXX4336 |
| 02/14 | 84.33 | PURCHASE U-HAUL-UNIVERSITY#767  U-HAUL-UNIVERSITY#767 AKRON OH XXXXXXXXXXXX4336 |



## Other Debits (-)

Account:-------0553

| Date | Amount | Description |
|------|--------|-------------|
| 02/14 | 150.00 | HUNTINGTON ATM CASH WITHDRAWAL  727 N MAIN ST AKRON OH XXXXXXXXXXXX4336 |
| 02/14 | 38.38 | PURCHASE ROSES EXPRESS  ROSES EXPRESS AKRON OH XXXXXXXXXXXX4336 |
| 02/14 | 2.67 | PURCHASE ROSES EXPRESS  ROSES EXPRESS AKRON OH XXXXXXXXXXXX4336 |
| 02/14 | 23.48 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 02/14 | 209.76 | PURCHASE FAMILY DO 19M N AR  FAMILY DO 19M N AR AKRON OH XXXXXXXXXXXX4336 |
| 02/14 | 25.00 | HUNTINGTON ATM CASH WITHDRAWAL  727 N MAIN ST AKRON OH XXXXXXXXXXXX4336 |
| 02/14 | 4.16 | PURCHASE THE HOME DEPOT #38  THE HOME DEPOT #38 CUYAHOGA FALL OH XXXXXXXXXXXX4336 |
| 02/15 | 15.27 | PURCHASE CIRCLE K 05605 650  CIRCLE K 05605 650 AKRON OH XXXXXXXXXXXX4336 |
| 02/15 | 28.64 | PURCHASE FAMILY DO 19M N AR  FAMILY DO 19M N AR AKRON OH XXXXXXXXXXXX4336 |
| 02/15 | 66.89 | PURCHASE RS Petroleum L  RS Petroleum L Akron OH XXXXXXXXXXXX4336 |
| 02/15 | 25.00 | HUNTINGTON ATM CASH WITHDRAWAL  727 N MAIN ST AKRON OH XXXXXXXXXXXX4336 |
| 02/15 | 22.60 | PURCHASE Speedway 293 E Ma  Speedway 293 E Ma Akron OH XXXXXXXXXXXX4336 |
| 02/15 | 16.99 | PURCHASE BP#5803275GIAN  BP#5803275GIAN AKRON OH XXXXXXXXXXXX4336 |
| 02/16 | 35.02 | PURCHASE U-HAUL-UNIVERSITY#767  U-HAUL-UNIVERSITY#767 AKRON OH XXXXXXXXXXXX4336 |
| 02/16 | 17.59 | PURCHASE U-HAUL-UNIVERSITY#767  U-HAUL-UNIVERSITY#767 AKRON OH XXXXXXXXXXXX4336 |
| 02/16 | 660.00 | HUNTINGTON ATM CASH WITHDRAWAL  2430 WEDGEWOOD DR AKRON OH XXXXXXXXXXXX4336 |
| 02/20 | 29.88 | PURCHASE LYFT 2 RIDES 02-15  LYFT 2 RIDES 02-15 8558659553 CA XXXXXXXXXXXX3874 |
| 02/20 | 21.88 | PURCHASE BURGER KING #21241 Q07  BURGER KING #21241 Q07 AKRON OH XXXXXXXXXXXX4336 |
| 02/20 | 5.45 | PURCHASE JU YUAN  JU YUAN AKRON OH XXXXXXXXXXXX4336 |
| 02/20 | 5.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX3874 |
| 02/20 | 13.85 | PURCHASE LYFT 1 RIDE 02-16  LYFT 1 RIDE 02-16 8558659553 CA XXXXXXXXXXXX3874 |
| 02/20 | 8.24 | PURCHASE BQ WASHLAND  BQ WASHLAND AKRON OH XXXXXXXXXXXX4336 |
| 02/20 | 15.49 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 02/20 | 41.22 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 02/20 | 317.00 | PURCHASE Wal-Mart Store  Wal-Mart Store FAIRLAWN OH XXXXXXXXXXXX4336 |
| 02/20 | 39.00 | PURCHASE CHUCK E CHEESE  CHUCK E CHEESE AKRON OH XXXXXXXXXXXX4336 |
| 02/20 | 32.84 | PURCHASE CHUCK E CHEESE  CHUCK E CHEESE AKRON OH XXXXXXXXXXXX4336 |
| 02/20 | 49.45 | PURCHASE LYFT 1 RIDE 02-18  LYFT 1 RIDE 02-18 8558659553 CA XXXXXXXXXXXX3874 |
| 02/20 | 2.70 | PURCHASE DA HOOD MART  DA HOOD MART AKRON OH XXXXXXXXXXXX4336 |
| 02/20 | 27.24 | PURCHASE SIMPLEMOBILE*AIRTIME  SIMPLEMOBILE*AIRTIME 877-878-7908 FL XXXXXXXXXXXX4336 |
| 02/20 | 7.07 | PURCHASE Speedway 293 E Ma  Speedway 293 E Ma Akron OH XXXXXXXXXXXX4336 |
| 02/20 | 1.48 | PURCHASE Speedway 293 E Mar  Speedway 293 E Mar Akron OH XXXXXXXXXXXX4336 |
| 02/20 | 32.49 | PURCHASE Giant 454  Giant 454 Kent OH XXXXXXXXXXXX4336 |
| 02/20 | 6.97 | PURCHASE ZIP TRIP  ZIP TRIP LISBON OH XXXXXXXXXXXX4336 |
| 02/20 | 270.00 | HUNTINGTON ATM CASH WITHDRAWAL  3315 CLEVELAND AVE CANTON OH XXXXXXXXXXXX4336 |
| 02/20 | 208.00 | PURCHASE WAL-MART #1911  WAL-MART #1911 AKRON OH XXXXXXXXXXXX4336 |
| 02/20 | 61.95 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 02/20 | 1,565.42 | PAYROLL SERVICE F6VU  SD1300 F6VU F6VU |
| 02/21 | 118.49 | ONLINE PAYROLL PAYROLL  240218 0844978 |
| 02/21 | 8.00 | PURCHASE SQ *BEBC  SQ *BEBC AKRON OH XXXXXXXXXXXX4336 |
| 02/21 | 25.60 | PURCHASE A & A BEAUTY SUPPLIES  A & A BEAUTY SUPPLIES AKRON OH XXXXXXXXXXXX4336 |



## Other Debits (-)                                                   *Account:-------0553*

| Date | Amount | Description |
|------|--------|-------------|
| 02/21 | 43.38 | PURCHASE CIRCLE K 05603 940   CIRCLE K 05603 940 AKRON OH XXXXXXXXXXXX4336 |
| 02/21 | 80.00 | HUNTINGTON ATM CASH WITHDRAWAL   1411 S ARLINGTON AKRON OH XXXXXXXXXXXX4336 |
| 02/21 | 300.00 | HUNTINGTON ATM CASH WITHDRAWAL   1411 S ARLINGTON AKRON OH XXXXXXXXXXXX4336 |
| 02/21 | 30.00 | HUNTINGTON ATM CASH WITHDRAWAL   1411 S ARLINGTON AKRON OH XXXXXXXXXXXX4336 |
| 02/22 | 106.39 | PURCHASE CAR PARTS WAREHOUSE 16   CAR PARTS WAREHOUSE 16 AKRON OH XXXXXXXXXXXX4336 |
| 02/22 | 50.00 | PURCHASE SAMSCLUB #4750  SAMSCLUB #4750 CUYAHOGA FALL OH XXXXXXXXXXXX4336 |
| 02/23 | 30.00 | PURCHASE GET GO #3124  GET GO #3124 AKRON OH XXXXXXXXXXXX4336 |
| 02/23 | 45.00 | PURCHASE KENT STATE UNIVERSITY  KENT STATE UNIVERSITY KENT OH XXXXXXXXXXXX4336 |
| 02/23 | 200.00 | PURCHASE WM SUPERC Wal-Mart  WM SUPERC Wal-Mart AKRON (S) OH XXXXXXXXXXXX4336 |
| 02/23 | 600.00 | PURCHASE WAL-MART #1911  WAL-MART #1911 AKRON OH XXXXXXXXXXXX4336 |
| 02/23 | 57,000.00 | INTERNET TFR TO CHECKING  022324 XXXXXXX6724 |
| 02/23 | 700.00 | HUNTINGTON ATM CASH WITHDRAWAL  1411 S ARLINGTON S AKRON OH XXXXXXXXXXXX4336 |
| 02/23 | 58.67 | PURCHASE WALGREENS STORE 11  WALGREENS STORE 11 AKRON OH XXXXXXXXXXXX4336 |
| 02/26 | 261.86 | PURCHASE RESTAURANT DEPOT  RESTAURANT DEPOT AKRON OH XXXXXXXXXXXX4336 |
| 02/26 | 41.30 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 02/26 | 31.45 | PURCHASE BP#5801832GIANT#42QPS  BP#5801832GIANT#42QPS UNIONTOWN OH XXXXXXXXXXXX4336 |
| 02/26 | 54.38 | PURCHASE BUCKEYE PIT STOP  BUCKEYE PIT STOP AKRON OH XXXXXXXXXXXX4336 |
| 02/26 | 40.51 | PURCHASE BUCKEYE PIT STOP  BUCKEYE PIT STOP AKRON OH XXXXXXXXXXXX4336 |
| 02/26 | 2.25 | PURCHASE OHIO TURNPIKE  OHIO TURNPIKE BEREA OH XXXXXXXXXXXX4336 |
| 02/26 | 172.87 | PURCHASE THE CHILDRENS  THE CHILDRENS MONROEVILLE PA XXXXXXXXXXXX4336 |
| 02/26 | 129.00 | PURCHASE MACYS MONROEVILLE  MACYS MONROEVILLE MONROEVILLE PA XXXXXXXXXXXX4336 |
| 02/26 | 13.99 | NON-HUNTINGTON CASH WITHDRAWAL  PAI ISO MONROEVILLE PA XXXXXXXXXXXX4336 |
| 02/26 | 24.16 | PURCHASE SHEETZ 0468 00004689  SHEETZ 0468 00004689 PITTSBURGH PA XXXXXXXXXXXX4336 |
| 02/26 | 17.13 | PURCHASE SUNOCO 0321641  SUNOCO 0321641 PITTSBURGH PA XXXXXXXXXXXX4336 |
| 02/26 | 58.22 | PURCHASE 3147 GET GO CAFE & MAR   3147 GET GO CAFE & MAR PITTSBURGH PA XXXXXXXXXXXX4336 |
| 02/26 | 0.06 | PURCHASE RBT GET GO #3124  RBT GET GO #3124 EASYSAVINGS NY XXXXXXXXXXXX4336 |
| 02/26 | 1,544.29 | PAYROLL SERVICE F6VU  022324 F6VU F6VU |
| 02/27 | 2.50 | PURCHASE OHIO TURNPIKE ATPM  OHIO TURNPIKE ATPM BEREA OH XXXXXXXXXXXX4336 |
| 02/27 | 15.83 | PURCHASE UBER TRIP  UBER TRIP 8005928996 CA XXXXXXXXXXXX4336 |
| 02/27 | 8.00 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 02/28 | 41.30 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 02/28 | 45.80 | PURCHASE DOLLAR-GENERAL # D  DOLLAR-GENERAL # D CANTON OH XXXXXXXXXXXX4336 |
| 02/28 | 20.52 | PURCHASE GIANT EAG 3100 Cro  GIANT EAG 3100 Cro Canton OH XXXXXXXXXXXX4336 |
| 02/29 | 12.88 | PURCHASE BQ WASHLAND  BQ WASHLAND AKRON OH XXXXXXXXXXXX4336 |

## Service Charge Detail                                               *Account:-------0553*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 02/15 | 8.00 | | FRAUD PROTECTION SERVICE FEES |
| 02/15 | 7.00 | | ATM USAGE FEES |

*Exior Bank 5*



## Service Charge Summary

*Account:-------0553*

| | |
|---|---|
| Previous Month Service Charges (-) | $15.00 |
| Total Service Charges (-) | $15.00 |

## Balance Activity

*Account:-------0553*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 14,271.53 | 02/09 | 14,184.27 | 02/21 | 14,694.39 |
| 02/01 | 18,514.37 | 02/12 | 7,436.38 | 02/22 | 14,538.00 |
| 02/02 | 16,533.19 | 02/13 | 7,189.93 | 02/23 | 4,357.21 |
| 02/05 | 16,096.92 | 02/14 | 6,385.41 | 02/26 | 1,972.40 |
| 02/06 | 14,126.54 | 02/15 | 17,753.22 | 02/27 | 1,946.07 |
| 02/07 | 12,201.07 | 02/16 | 17,040.81 | 02/28 | 1,839.03 |
| 02/08 | 16,247.71 | 02/20 | 15,299.86 | 02/29 | 16,896.64 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits**  If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

**Huntington**

FULANI SERVICES LLC
877 GORGE BLVD
AKRON OH 44310-3462

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*                    *Account: -------0553*

| Statement Activity From: 11/01/24 to 11/30/24 | | Beginning Balance | $621.03 |
|---|---|---|---|
| | | Credits (+) | 7,019.40 |
| Days in Statement Period | 30 | Regular Deposits | 100.00 |
| | | Electronic Deposits | 4,023.45 |
| | | Other Credits | 2,895.95 |
| Average Ledger Balance* | 426.90 | Debits (-) | 5,977.78 |
| Average Collected Balance* | 426.90 | Electronic Withdrawals | 857.14 |
| | | Other Debits | 5,120.64 |
| * The above balances correspond to the service charge cycle for this account. | | Total Service Charges (-) | 22.00 |
| | | Ending Balance | $1,640.65 |

## *Deposits (+)*                                      *Account:-------0553*

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 11/04 | 100.00 | 347294931 | Remote | | | | |

## *Other Credits (+)*                                  *Account:-------0553*

| Date | Amount | Description |
|---|---|---|
| 11/07 | 600.36 | STATE OF OHIO MAINT/WARR  110724 DDD0100152228 DDD01*04012072*DODD.SUPPORT@DODD.OHIO.GO V I/O OCT24E\ |
| 11/14 | 5.34 | MERCHANDISE RET U-HAUL MO 237  U-HAUL MO 237 AKRON OH XXXXXXXXXXXXX4336 |
| 11/15 | 452.64 | STATE OF OHIO MAINT/WARR  111524 DDD0100160670 DDD01*04027788*DODD.SUPPORT@DODD.OHIO.GO V I/O NOV24A\ |
| 11/18 | 86.62 | Debit Card Provisional Credit Issued |
| 11/18 | 740.00 | INTERNET TFR FRM CHECKING  111824 XXXXXXX6724 |
| 11/18 | 600.00 | INTERNET TFR FRM CHECKING  111824 XXXXXXX6724 |
| 11/18 | 63.99 | MERCHANDISE RET BOSSREVOLUTIONMONEYXFE  BOSSREVOLUTIONMONEYXFE NEWARK NJ XXXXXXXXXXXXX4336 |
| 11/20 | 1,075.02 | SUMMIT COUNTY AP INVOICE  241119 2283 |
| 11/21 | 594.09 | STATE OF OHIO MAINT/WARR  112124 DDD0100169371 DDD01*04036107*DODD.SUPPORT@DODD.OHIO.GO V I/O NOV24B\ |
| 11/26 | 509.22 | SUMMIT COUNTY AP INVOICE  241125 2283 |
| 11/27 | 100.00 | MERCHANDISE RET RED ROOF INN 0207  RED ROOF INN 0207 AKRON OH XXXXXXXXXXXXX4336 |
| 11/29 | 1,300.00 | INTERNET TFR FRM CHECKING  112924 XXXXXXX6724 |
| 11/29 | 396.06 | STATE OF OHIO MAINT/WARR  112924 DDD0100177892 DDD01*04044124*DODD.SUPPORT@DODD.OHIO.GO V I/O NOV24C\ |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.   ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2024 Huntington Bancshares Incorporated.



## Other Credits (+)                                                    Account:-------0553

| Date | Amount | Description |
|------|--------|-------------|
| 11/29 | 396.06 | SUMMIT COUNTY AP INVOICE  241127 2283 |

## Other Debits (-)                                                     Account:-------0553

| Date | Amount | Description |
|------|--------|-------------|
| 11/01 | 25.81 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/01 | 113.94 | PURCHASE SPECTRUM  SPECTRUM 855-707-7328 MO XXXXXXXXXXXX4336 |
| 11/01 | 25.59 | PURCHASE TARGET 00023465  TARGET 00023465 AKRON OH XXXXXXXXXXXX4336 |
| 11/01 | 25.29 | PURCHASE BP#2106100AKRON BP QPS  BP#2106100AKRON BP QPS AKRON OH XXXXXXXXXXXX4336 |
| 11/01 | 20.27 | PURCHASE ROSES EXPRESS STORE #6  ROSES EXPRESS STORE #6 AKRON OH XXXXXXXXXXXX4336 |
| 11/01 | 118.93 | PURCHASE SPECTRUM  SPECTRUM 855-707-7328 MO XXXXXXXXXXXX4336 |
| 11/01 | 14.36 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 11/04 | 25.81 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/04 | 5.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/04 | 5.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/04 | 54.41 | PURCHASE RANGE USA AKRON  RANGE USA AKRON AKRON OH XXXXXXXXXXXX4336 |
| 11/04 | 8.24 | PURCHASE BQ WASHLAND  BQ WASHLAND AKRON OH XXXXXXXXXXXX4336 |
| 11/04 | 72.55 | PURCHASE RANGE USA AKRON  RANGE USA AKRON AKRON OH XXXXXXXXXXXX4336 |
| 11/04 | 1.79 | PURCHASE BURGER KING #416 Q07  BURGER KING #416 Q07 AKRON OH XXXXXXXXXXXX4336 |
| 11/04 | 52.93 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 11/04 | 23.50 | NON-HUNTINGTON CASH WITHDRAWAL  WALGREENS #0-W7790 AKRON OH XXXXXXXXXXXX4336 |
| 11/04 | 9.99 | PURCHASE TST* IRIE JAMAICAN KIT  TST* IRIE JAMAICAN KIT AKRON OH XXXXXXXXXXXX4336 |
| 11/05 | 5.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/06 | 30.98 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/06 | 25.81 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/07 | 25.81 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/07 | 29.99 | PURCHASE RANGE USA BLUE ASH  RANGE USA BLUE ASH CINCINNATI OH XXXXXXXXXXXX4336 |
| 11/07 | 5.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/07 | 36.27 | PURCHASE RANGE USA AKRON  RANGE USA AKRON AKRON OH XXXXXXXXXXXX4336 |
| 11/08 | 25.81 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/08 | 5.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/08 | 4.16 | PURCHASE FBS FEE  FBS FEE ATLANTA GA XXXXXXXXXXXX4336 |
| 11/08 | 151.35 | PURCHASE SUMMIT CO BUILDING STA  SUMMIT CO BUILDING STA AKRON OH XXXXXXXXXXXX4336 |
| 11/08 | 36.27 | PURCHASE RANGE USA AKRON  RANGE USA AKRON AKRON OH XXXXXXXXXXXX4336 |
| 11/12 | 25.81 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/12 | 36.27 | PURCHASE RANGE USA AKRON  RANGE USA AKRON AKRON OH XXXXXXXXXXXX4336 |
| 11/12 | 4.95 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 11/12 | 13.39 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 11/12 | 1.39 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 11/12 | 7.47 | PURCHASE WALGREENS STORE 11  WALGREENS STORE 11 AKRON OH XXXXXXXXXXXX4336 |
| 11/12 | 8.50 | PURCHASE BQ WASHLAND  BQ WASHLAND AKRON OH XXXXXXXXXXXX4336 |



## Other Debits (-)

Account:-------0553

| Date | Amount | Description |
| --- | --- | --- |
| 11/12 | 3.83 | PURCHASE ALDI 63030  ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 11/12 | 25.81 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/12 | 31.97 | PURCHASE KOS AUTO WORKS INC  KOS AUTO WORKS INC AKRON OH XXXXXXXXXXXX4336 |
| 11/13 | 20.65 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/13 | 63.99 | PURCHASE BOSSREVOLUTIONMONEYXFE  BOSSREVOLUTIONMONEYXFE NEWARK NJ XXXXXXXXXXXX4336 |
| 11/14 | 103.43 | PURCHASE AMAZON MKTPL*4S85N3593  AMAZON MKTPL*4S85N3593 AMZN.COM/BILL WA XXXXXXXXXXXX4336 |
| 11/14 | 25.81 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/14 | 36.27 | PURCHASE RANGE USA AKRON  RANGE USA AKRON AKRON OH XXXXXXXXXXXX4336 |
| 11/14 | 86.62 | PURCHASE U-HAUL MOVING & 23  U-HAUL MOVING & 23 AKRON OH XXXXXXXXXXXX4336 |
| 11/14 | 5.34 | PURCHASE U-HAUL MOVING & 23  U-HAUL MOVING & 23 AKRON OH XXXXXXXXXXXX4336 |
| 11/15 | 20.65 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/15 | 22.70 | PURCHASE GOODYEAR ASCPL  GOODYEAR ASCPL AKRON OH XXXXXXXXXXXX4336 |
| 11/15 | 39.24 | PURCHASE U-HAUL-UNIVERSITY#767  U-HAUL-UNIVERSITY#767 AKRON OH XXXXXXXXXXXX4336 |
| 11/15 | 11.98 | PURCHASE SUBWAY 2309  SUBWAY 2309 AKRON OH XXXXXXXXXXXX4336 |
| 11/15 | 85.39 | ONLINE PAYROLL PAYROLL  241114 8078536 |
| 11/18 | 12.60 | PURCHASE BURGER KING #416 Q07  BURGER KING #416 Q07 AKRON OH XXXXXXXXXXXX4336 |
| 11/18 | 20.65 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/18 | 16.82 | PURCHASE UBER *TRIP  UBER *TRIP 8005928996 CA XXXXXXXXXXXX4336 |
| 11/18 | 11.25 | PURCHASE SUBWAY 4970  SUBWAY 4970 AKRON OH XXXXXXXXXXXX4336 |
| 11/18 | 8.99 | PURCHASE SUBWAY 2309  SUBWAY 2309 AKRON OH XXXXXXXXXXXX4336 |
| 11/18 | 25.67 | PURCHASE SIMPLEMOBILE*SERVICES  SIMPLEMOBILE*SERVICES 877-878-7908 FL XXXXXXXXXXXX4336 |
| 11/18 | 12.25 | PURCHASE CHIPOTLE 4006  CHIPOTLE 4006 AKRON OH XXXXXXXXXXXX4336 |
| 11/18 | 720.00 | HUNTINGTON ATM CASH WITHDRAWAL  1411 S ARLINGTON AKRON OH XXXXXXXXXXXX4336 |
| 11/18 | 5.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/18 | 14.09 | PURCHASE ALDI 63011  ALDI 63011 AKRON OH XXXXXXXXXXXX4336 |
| 11/18 | 20.46 | PURCHASE GIANT 448 ARLI  GIANT 448 ARLI AKRON OH XXXXXXXXXXXX4336 |
| 11/18 | 5.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/18 | 5.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/18 | 14.79 | PURCHASE UBER *TRIP  UBER *TRIP 8005928996 CA XXXXXXXXXXXX4336 |
| 11/18 | 12.25 | PURCHASE CHIPOTLE 4006  CHIPOTLE 4006 AKRON OH XXXXXXXXXXXX4336 |
| 11/18 | 20.65 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/18 | 5.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/18 | 36.30 | PURCHASE WM SUPERC Wal-  WM SUPERC Wal- AKRON OH XXXXXXXXXXXX4336 |
| 11/19 | 157.63 | PURCHASE RED ROOF INN 0207  RED ROOF INN 0207 AKRON OH XXXXXXXXXXXX4336 |
| 11/19 | 25.81 | PURCHASE WATERLOO PIT STOP  WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/19 | 103.99 | PURCHASE BOSSREVOLUTIONMONEYXFE  BOSSREVOLUTIONMONEYXFE NEWARK NJ XXXXXXXXXXXX4336 |
| 11/19 | 24.90 | PURCHASE DAVE'S SUPERMARKET MID  DAVE'S SUPERMARKET MID AKRON OH XXXXXXXXXXXX4336 |
| 11/20 | 61.06 | PURCHASE RED ROOF INN 0207  RED ROOF INN 0207 AKRON OH XXXXXXXXXXXX4336 |
| 11/20 | 183.18 | PURCHASE RED ROOF INN 0207  RED ROOF INN 0207 AKRON OH XXXXXXXXXXXX4336 |

Red roof



## Other Debits (-)                                    Account:-------0553

| Date | Amount | Description |
|------|--------|-------------|
| 11/20 | 25.81 | PURCHASE WATERLOO PIT STOP   WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/20 | 5.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/20 | 10.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/20 | 29.04 | PURCHASE TARGET 00023465   TARGET 00023465 AKRON OH XXXXXXXXXXXX4336 |
| 11/20 | 32.50 | NON-HUNTINGTON CASH WITHDRAWAL   DOLLAR PLUS -16866 AKRON OH XXXXXXXXXXXX4336 |
| 11/21 | 15.49 | PURCHASE WATERLOO PIT STOP   WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/21 | 14.88 | PURCHASE CHARLEYS PHILLY STEAKS   CHARLEYS PHILLY STEAKS AKRON OH XXXXXXXXXXXX4336 |
| 11/21 | 12.25 | PURCHASE CHIPOTLE 4006   CHIPOTLE 4006 AKRON OH XXXXXXXXXXXX4336 |
| 11/21 | 36.14 | PURCHASE WATERLOO PIT STOP   WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/21 | 1.20 | PURCHASE STAPLES 0507   STAPLES 0507 AKRON OH XXXXXXXXXXXX4336 |
| 11/22 | 103.43 | PURCHASE AMAZON MKTPL*OX8DD0OG3  AMAZON MKTPL*OX8DD0OG3 AMZN.COM/BILL WA XXXXXXXXXXXX4336 |
| 11/22 | 11.59 | PURCHASE CHIPOTLE 1165   CHIPOTLE 1165 AKRON OH XXXXXXXXXXXX4336 |
| 11/22 | 771.75 | FAITHISLAMICACAD WEBPAYMENT   241121 |
| 11/25 | 61.06 | PURCHASE RED ROOF INN 0207   RED ROOF INN 0207 AKRON OH XXXXXXXXXXXX4336 |
| 11/25 | 64.53 | PURCHASE RED ROOF INN 0207   RED ROOF INN 0207 AKRON OH XXXXXXXXXXXX4336 |
| 11/25 | 30.98 | PURCHASE WATERLOO PIT STOP   WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/25 | 8.00 | PURCHASE LITTLE CAESARS 1935-00   LITTLE CAESARS 1935-00 WADSWORTH OH XXXXXXXXXXXX4336 |
| 11/25 | 85.35 | PURCHASE RANGE USA AKRON   RANGE USA AKRON AKRON OH XXXXXXXXXXXX4336 |
| 11/25 | 93.00 | PURCHASE AKRON GENERAL TIRES LL   AKRON GENERAL TIRES LL AKRON OH XXXXXXXXXXXX4336 |
| 11/25 | 13.98 | PURCHASE SUBWAY 2309   SUBWAY 2309 AKRON OH XXXXXXXXXXXX4336 |
| 11/25 | 25.81 | PURCHASE WATERLOO PIT STOP   WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/25 | 149.44 | PURCHASE GOODYEAR AUTO SVS CTR   GOODYEAR AUTO SVS CTR AKRON OH XXXXXXXXXXXX4336 |
| 11/25 | 208.14 | PURCHASE DICKS SPORTING GOODS   DICKS SPORTING GOODS AKRON OH XXXXXXXXXXXX4336 |
| 11/25 | 11.80 | PURCHASE CHIPOTLE 4006   CHIPOTLE 4006 AKRON OH XXXXXXXXXXXX4336 |
| 11/25 | 3.15 | PURCHASE CHIPOTLE 4006   CHIPOTLE 4006 AKRON OH XXXXXXXXXXXX4336 |
| 11/25 | 29.44 | PURCHASE Wal-Mart Store   Wal-Mart Store AKRON (S) OH XXXXXXXXXXXX4336 |
| 11/25 | 34.16 | PURCHASE ALDI 63030   ALDI 63030 AKRON OH XXXXXXXXXXXX4336 |
| 11/26 | 126.73 | PURCHASE RED ROOF INN 0207   RED ROOF INN 0207 AKRON OH XXXXXXXXXXXX4336 |
| 11/26 | 20.65 | PURCHASE WATERLOO PIT STOP   WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/26 | 5.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/27 | 15.00 | PURCHASE BQ WASHLAND   BQ WASHLAND AKRON OH XXXXXXXXXXXX4336 |
| 11/27 | 5.60 | PURCHASE BQ WASHLAND   BQ WASHLAND AKRON OH XXXXXXXXXXXX4336 |
| 11/27 | 100.00 | PURCHASE CITY OF AKRON BUILDING   CITY OF AKRON BUILDING AKRON OH XXXXXXXXXXXX4336 |
| 11/27 | 25.81 | PURCHASE WATERLOO PIT STOP   WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/27 | 10.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/27 | 5.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/29 | 5.00 | PURCHASE IDT BOSS INTL CALLING   IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/29 | 36.27 | PURCHASE RANGE USA AKRON   RANGE USA AKRON AKRON OH XXXXXXXXXXXX4336 |
| 11/29 | 20.65 | PURCHASE WATERLOO PIT STOP   WATERLOO PIT STOP COVENTRY TOWN OH XXXXXXXXXXXX4336 |
| 11/29 | 360.00 | HUNTINGTON ATM CASH WITHDRAWAL   484 EAST WATERLOO AKRON OH XXXXXXXXXXXX4336 |



## Other Debits (-)
Account:-------0553

| Date | Amount | Description |
|---|---|---|
| 11/29 | 5.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/29 | 41.49 | PURCHASE BOSSREVOLUTIONMONEYXFE  BOSSREVOLUTIONMONEYXFE NEWARK NJ XXXXXXXXXXXX4336 |
| 11/29 | 10.00 | PURCHASE IDT BOSS INTL CALLING  IDT BOSS INTL CALLING NEWARK NJ XXXXXXXXXXXX4336 |
| 11/29 | 108.00 | PURCHASE WM SUPERC Wal-  WM SUPERC Wal- AKRON (S) OH XXXXXXXXXXXX4336 |

## Service Charge Detail
Account:-------0553

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 11/15 | 14.00 | | ATM USAGE FEES |
| 11/15 | 8.00 | | FRAUD PROTECTION SERVICE FEES |
| 11/15 | 20.00 | | MONTHLY SERVICE FEE |
| 11/15 | 36.00 | | OVERDRAFT FEE |
| 11/15 | 36.00 | | OVERDRAFT FEE |
| 11/15 | 36.00 | | OVERDRAFT FEE |
| 11/26 | 36.00 | | OVERDRAFT FEE |
| 11/26 | 36.00 | | OVERDRAFT FEE |
| 11/26 | 36.00 | | OVERDRAFT FEE |
| 11/15 | | 20.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |
| 11/15 | | 36.00 | 24-HOUR GRACE OVERDRAFT FEE WAIVER |
| 11/15 | | 36.00 | 24-HOUR GRACE OVERDRAFT FEE WAIVER |
| 11/15 | | 36.00 | 24-HOUR GRACE OVERDRAFT FEE WAIVER |
| 11/26 | | 36.00 | 24-HOUR GRACE OVERDRAFT FEE WAIVER |
| 11/26 | | 36.00 | 24-HOUR GRACE OVERDRAFT FEE WAIVER |
| 11/26 | | 36.00 | 24-HOUR GRACE OVERDRAFT FEE WAIVER |

## Service Charge Summary
Account:-------0553

| | |
|---|---|
| Previous Month Service Charges (-) | $42.00 |
| Credits - Previous Month Charges (+) | 20.00 |
| Net Service Charges | $22.00 |
| Other Charges (-) | 216.00 |
| Other Credits (+) | 216.00 |
| Total Service Charges (-) | $22.00 |

## Balance Activity
Account:-------0553

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/31 | 621.03 | 11/07 | 559.12 | 11/15 | 91.05 |
| 11/01 | 276.84 | 11/08 | 336.53 | 11/18 | 614.89 |
| 11/04 | 117.62 | 11/12 | 177.14 | 11/19 | 302.56 |
| 11/05 | 112.62 | 11/13 | 92.50 | 11/20 | 1,030.99 |
| 11/06 | 55.83 | 11/14 | 159.63- | 11/21 | 1,545.12 |

*Toed roof*



## Balance Activity

*Account:-------0553*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/22 | 658.35 | 11/26 | 196.35 | 11/29 | 1,640.65 |
| 11/25 | 160.49- | 11/27 | 134.94 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.