Exhibit Business Beginning

(1)

No Service 9:54 PM 32%

Done 14 of 18

Re: 230 White Pond - Message (HTML) Searc

File Message Help

Delete Archive Reply Reply All Forward Share to Teams All Apps Austintown Land To Manager Team Email

Delete Respond Teams Apps Quick Steps

Business Loss

## Re: 230 White Pond

JM Jack Marsillo <jmarsillo@cutlercigroup.com>
To John Lubinski

Retention Policy Entire Mailbox - 7 Year Delete (7 years)

Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in

Hi John,
According to court documents, Mr. Souare has some recent eviction activity, and my cli
with a $2000 security deposit.
Thank you for your efforts.

Due to ... I wasn't ... a building to run my ... program my ...

**Regards,**
**Jack A. Marsillo, MBA**
**Cutler Commercial Investment Group**
**2800 W. Market Street**
**Akron, OH 44333**
**330.835.5664**
**jmarsillo@cutlerci.com**

On Tue, Aug 20, 2024 at 11:56 AM John Lubinski <johnlubinski@hannacre.com> wrote
Let me know what else you guys may require and he certainly willing to do first mont

→ Next page and continue reading after «activity»

No Service 9:54 PM 32%

Done 14 of 18

Business Lost

Re: 230 White Pond - Message (HTML) Search

Forward | Share to Teams | All Apps | Austintown Land → To Manager Team Email | Move | Assign Policy | Mark Unread Categorize Follow Up

ond | Teams | Apps | Quick Steps | Move | Tags

2

cutlercigroup.com>

te (7 years) Expires 8/28/2031

otect your privacy. Outlook prevented automatic download of some pictures in this message.

r. Souare has some recent eviction activity, and my client is only willing to lease the subject spa

**ent Group**

1 John Lubinski <johnlubinski@hannacre.com> wrote:
/s may require and he certainly willing to do first month last and security deposit.

Continue to reading next page after «space»

No Service 9:54 PM 32%

Done 14 of 18

3

Assign Policy
Mark Unread
Categorize
Follow Up
Tags
Editing
Read Aloud
Immersive Reader
Immersive
Translate
Language
Zoom
Zoom
Reply with Scheduling Poll
Find Time
Report Message
Protection

Reply Reply All Forward

Tue 8/27/2024 10:22 AM

Expires 8/28/2031

g to lease the subject space to Fulani Services if rent and utilities are paid in-advance for 12 months

ırity deposit.






No Service  9:55 PM  32%

  John



This correct ?

I did not know about that eviction but it was filed for canton and Akron, also they made signed for a paper and said it won't be an eviction. It's premier homes inc.

I'm not paying all that money for just getting the place

Figured as much... was that a residential eviction

Yes it's a residential place for

 

  Cash



No Service 9:55 PM 32%

johnlubinski@hannacre.com Cancel

From To Date Unread

John Lubinski 10/7/24

FW: Retail/Office Space for Lease

:04 PM To: John Lubinski <johnlubinski@hannacre.com> Subj...

my realtor

John Lubinski 9/9/24

FW: Akron Options

John Lubinski Vice President Hanna Commercial Real Estate 1350 Euclid Ave...

JUL 1912_-_1...vd_-_OM.pdf FUL

John Lubinski 9/3/24

FW: Grand Marketplace

:26 PM To: John Lubinski <johnlubinski@hannacre.com> Cc:...

764_W_Market_St(Akron).pdf

John Lubinski 8/30/24

Canceled: 709 Canton Rd Akron Tour - 1...

:57 AM To: John Lubinski <johnlubinski@hannacre.com>: Kell

Exhibit Housing instability ①

9:39 5G

Walle Ajay

Tue, Dec 31 at 11:44 AM

Not much to talk about really. I feel disrespected by your gesture and offer. I left your money where you put it. I've never ever allowed people to stay with me but because you're not a stranger I thought about it. You say you wanna do it to help me but that's really not helping. My son will start coming again with his mom for the weekend so I'll need to clean out the room before he comes. I have helped you so many times even if it doesn't have to do with money and I never tell you no when you ask for my help, but it's a slap on my face seeing how u think I'll be desperate enough to take that $200. I don't need the money and I'll ask Lora and my brother if I need money. I need the room cleaned out by tomorrow so I can change the sheets before my nephews come on Thursday. I agreed to take $350 from you simply because you said you could help with my car repairs, Luigi didn't fix the car and u can ask him, the exhaust is leaking again so what is your reasoning to think I need the $200? You cook

Text Message • RCS

2

9:40 5G

Walle Ajay

room cleaned out by tomorrow so I can change the sheets before my nephews come on Thursday. I agreed to take $350 from you simply because you said you could help with my car repairs, Luigi didn't fix the car and u can ask him, the exhaust is leaking again so what is your reasoning to think I need the $200? You cook and eat what u want, I gave you a key and u can come and go as you like....it's wrong Mo, I might not have the kind of money you have but I'm humble and appreciative for all you've done. You can maybe go stay with your friend in Kent and stay for free. I don't wanna talk about it when I get home so I'm explaining it all now, by Monday you would have stayed for 2 weeks extra so if you wanna pay for that I'll take it but I'll appreciate it if you're moved before or by Monday.
Thank you

Ok.

Ok

Wed, Jan 1 at 11:05 AM

I'm 15 minutes away from backing

+ Text Message • RCS