EXHIBIT-LIPH

Page 1



**1:03**  .ıll 5G 🔋

< **Back**  **LIPH Bank Payment P...**  ∧  ∨

7 Messages



SP **Stephanie Pence**  1/9/24

*she received it* → Receipt received

**From:** mahmud Souare <smamud89@hotmail.com>
**Sent:** Friday, January 5, 2024 4:07 PM
**To:** Stephanie Pence
<SPence@AkronHousing.Org>
**Subject:** LIPH Bank Payment Payment Instruction
Scheduled



ıll TFW 🛜  4:05 PM  @ 6% 🔋

< ①

**Instruction Scheduled**

Dear ALPHA SOUARE,

This email is to confirm a payment
instruction received on 01/05/2024
through Online Payment Processing for
your LIPH Bank Payment account number
ending XXXX8239. *my bank*

A one-time payment of $425.00 has been
scheduled with a date of 01/05/2024. The
funding source that will be debited for this
payment is your funding account number

   

*→ Next page*

Page 2

1:04                                        .ıll 5G 🔋

7 Messages
< Back     **LIPH Bank Payment P...**    ∧    ∨

.ıll TFW 🤔          4:05 PM          @ 6% 🔋

< 1️⃣                              ∧    ∨

**Instruction Scheduled**

Dear ALPHA SOUARE,

This email is to confirm a payment instruction received on 01/05/2024 through Online Payment Processing for your LIPH Bank Payment account number ending XXXX8239.

A one-time payment of $425.00 has been scheduled with a date of 01/05/2024. The funding source that will be debited for this payment is your funding account number ending XXXX0553. The unique confirmation number for this payment is I2591T58ZX.

We appreciate your business. Thank you for using Online Payment Processing at www.akronhousing.org.

LIPH Bank Payment Tenant Accounting Dept.

🗑️      📁      ↩️      ✏️

🗑️      📁      ↩️      ✏️

Page 3

1:05        .ıll 5G ▉

7 Messages

‹ Back    **LIPH Bank Payment P...**   ⌃   ⌄

(SP) **Stephanie Pence**      3/1/24   *The date*

Receipt received



‹ Inbox                 ⌃   ⌄

(LP) **LIPH Bank Payment**     Friday
To: smamud89@hotmail.com ›

### LIPH Bank Payment Payment Instruction Scheduled

Dear ALPHA SOUARE,

This email is to confirm a payment instruction received on 02/23/2024 through Online Payment Processing for your LIPH Bank Payment account number ending XXXX8239.

A one-time payment of $171.00 has been scheduled with a date of 02/23/2024. The funding source that will be debited for this payment is your funding account number ending XXXX0553. The unique confirmation number for this payment is

                *Next page*

Page 4

1:05          ·ıll 5G ▭

‹ Back    **LIPH Bank Payment P...**   ∧   ∨

7 Messages



·ıl TFW 🛜     📞 9:48 AM    • ⦿ ▯ 28% ▯⚡

‹ Inbox         ∧   ∨

**LP**   **LIPH Bank Payment**     Friday
To: smamud89@hotmail.com ›

## LIPH Bank Payment Payment Instruction Scheduled

Dear ALPHA SOUARE,

This email is to confirm a payment instruction received on 02/23/2024 through Online Payment Processing for your LIPH Bank Payment account number ending XXXX8239.

A one-time payment of $171.00 has been scheduled with a date of 02/23/2024. The funding source that will be debited for this payment is your funding account number ending XXXX0553. The unique confirmation number for this payment is I2MQ8YVGDG.

We appreciate your business. Thank you

              

              

Pages

1:07     ..Il 5G 🔋

7 Messages

< Back    LIPH Bank Payment P... ∧ ∨

Found in Inbox

**SP**   **Stephanie Pence**     3/1/24

*before it.*

*HUD regulat⁼ (24 C.F.R §966.4(I)(3). 14 days notice for nonpayment*

Since I did not receive your receipt the day you made the payment 2/23/24, I issued the lease termination and put a block on your account on the same day 2/23/24.

*She even stated that she blocked me*

Therefore, your payment was automatically cancelled and our Tenant Accounting department confirmed that your payment was cancelled on line 2/23/24.

*she claimed previous months and then on the CMC conference they said I paid till January 2024*

Since it never processed the money should not have been taken out of your checking account.

*then she said she removed me*

I removed the block for on line payments so you can make your February and March payment.  Total owed is $342.

Thank You

*It contradicts receipts*

*Stephanie Pence*
*Akron Metropolitan Housing Authority*
*Assistant Property Manager*
*Joy Park/Willow Run/Jenkins Annex/Scattered Sites*
*Phone: (330)724-9355*
*Fax: (330)724-9356*
*Email: spence@akronhousing.org*

🗑     🗁     ↩     ☑

*Page 6*

1:08     ..ll 5G 🔋

7 Messages

< Back   **LIPH Bank Payment P...** ⋀ ⋁

**SP**   **Stephanie Pence**     3/1/24

*Due process and 14th Amdm — [notice, opportunity to be heard]*

Unfortunately, you will remain under lease termination until rent is paid in full.

*which full amount*

Thank You

*Stephanie Pence*
*Akron Metropolitan Housing Authority*
*Assistant Property Manager*
*Joy Park/Willow Run/Jenkins Annex/Scattered Sites*
*Phone: (330)724-9355*
*Fax: (330)724-9356*
*Email: spence@akronhousing.org*

I do t have any reason not to pay rent and it does not even make sense at all.

*me*

Sent from my iPhone

On Mar 1, 2024, at 10:34 AM, Stephanie Pence <SPence@akronhousing.org> wrote:

Page 7

Previous page

I do t have any reason not to pay rent and it does not even make sense at all.

Sent from my iPhone

On Mar 1, 2024, at 10:34 AM, Stephanie Pence <SPence@akronhousing.org> wrote:

Since I did not receive your receipt the day you made the payment 2/23/24, I issued the lease termination and put a block on your account on the same day 2/23/24.

*Equal protect⁰ and discrimination*

Therefore, your payment was automatically cancelled and our Tenant Accounting department confirmed that your payment was cancelled on line 2/23/24.

Since it never processed the money should not have been taken out of your checking account.

I removed the block for on line payments so you can make your February and March payment.  Total owed is $342.

*she removed*

*contradictory and arbitrary Actions*

Thank You

*Stephanie Pence*
*Akron Metropolitan Housing Authority*

Page 8



**1:13**  📶 5G 🔋

7 Messages

< Back    LIPH Bank Payment P...    ∧  ∨

Found in Inbox    🗁

**SP**  **Stephanie Pence**    3/1/24

The full balance owed as of today is $342, which is what the on line account will say and it will not allow you to pay less.
I cannot accept a partial payment.

Thank you

*she said that*

*Stephanie Pence*
*Akron Metropolitan Housing Authority*
*Assistant Property Manager*
*Joy Park/Willow Run/Jenkins Annex/Scattered Sites*
*Phone: (330)724-9355*
*Fax: (330)724-9356*
*Email: spence@akronhousing.org*

I said this, and this was confirmed in court at the CMC August 14th

The only month that I have to pay is this month.

Sent from my iPhone

🗑    🗁    ↩    ☑

*Page 9*

1:13                                    .ıll 5G 🔋

7 Messages
‹ Back      **LIPH Bank Payment P...**   ∧   ∨

The only month that I have to pay is this month.

Sent from my iPhone

On Mar 1, 2024, at 12:25 PM, Stephanie Pence
<SPence@akronhousing.org> wrote:

Unfortunately, you will remain under lease
termination until rent is paid in full.

Thank You

*this inconsistency show arbitrary government which is unconstitutional.*

*Aloe decided this*

*Stephanie Pence*
*Akron Metropolitan Housing Authority*
*Assistant Property Manager*
*Joy Park/Willow Run/Jenkins Annex/Scattered*
*Sites*
*Phone: (330)724-9355*
*Fax: (330)724-9356*
*Email: spence@akronhousing.org*

🗑      🗂      ↩      ☑

*Page 10*

On Mar 1, 2024, at 12:25 PM, Stephanie Pence <SPence@akronhousing.org> wrote:

Unfortunately, you will remain under lease termination until rent is paid in full.

Thank You

*Stephanie Pence*
*Akron Metropolitan Housing Authority*
*Assistant Property Manager*
*Joy Park/Willow Run/Jenkins Annex/Scattered Sites*
*Phone: (330)724-9355*
*Fax: (330)724-9356*
*Email: spence@akronhousing.org*

**From:** mahmud Souare <smamud89@hotmail.com>
**Sent:** Friday, March 1, 2024 12:12 PM
**To:** Stephanie Pence <SPence@AkronHousing.Org>
**Subject:** Re: LIPH Bank Payment Payment Instruction Scheduled

I do t have any reason not to pay rent and it does not even make sense at all.

1:16     .ıll 5G ⬛

7 Messages

⟨ Back    LIPH Bank Payment P...   ∧   ∨

**Sent:** Friday, March 1, 2024 12:12 PM
**To:** Stephanie Pence
<SPence@AkronHousing.Org>
**Subject:** Re: LIPH Bank Payment Payment
Instruction Scheduled

I do t have any reason not to pay rent and it does not even make sense at all.

Sent from my iPhone

On Mar 1, 2024, at 10:34 AM, Stephanie Pence <SPence@akronhousing.org> wrote:

Since I did not receive your receipt the day you made the payment 2/23/24, I issued the lease termination and put a block on your account on the same day 2/23/24.

Therefore, your payment was automatically cancelled and our Tenant Accounting department confirmed that your payment was cancelled on line 2/23/24.

Since it never processed the money should not have been taken out of your checking account.

I removed the block for on line payments so you can make your February and March payment.

   

1:16         .ıll 5G 🔋

7 Messages

< Back      LIPH Bank Payment P...    ∧   ∨

On Mar 1, 2024, at 10:34 AM, Stephanie Pence <SPence@akronhousing.org> wrote:

*she got it*

Since I did not receive your receipt the day you made the payment 2/23/24, I issued the lease termination and put a block on your account on the same day 2/23/24.

*then this*

Therefore, your payment was automatically cancelled and our Tenant Accounting department confirmed that your payment was cancelled on line 2/23/24.

Since it never processed the money should not have been taken out of your checking account.

I removed the block for on line payments so you can make your February and March payment.
Total owed is $342.

Thank You


*Stephanie Pence*
*Akron Metropolitan Housing Authority*
*Assistant Property Manager*
*Joy Park/Willow Run/Jenkins Annex/Scattered Sites*
*Phone: (330)724-9355*
*Fax: (330)724-9356*
*Email: spence@akronhousing.org*

   



**1:18**

**●ıll 5G** 🔋

7 Messages

< Back    LIPH Bank Payment P...  ∧  ∨

See More

Found in Inbox

**SP**  **Stephanie Pence**       3/15/24

*still in*
*the same*
*month.*

Alpha

I am reaching out because I have not received any payment for February and March payment of $342.

*Was paid see receipt*

I have tried to call you but your mailbox was full.

You are still currently under Lease Termination.

If you have made the payment please provide me documentation to show the proof of payment as soon as possible.

Thank You

*Stephanie Pence*
*Akron Metropolitan Housing Authority*
*Assistant Property Manager*
*Joy Park/Willow Run/Jenkins Annex/Scattered*
*Sites*
*Phone: (330)724-9355*
*Fax: (330)724-9356*
*Email: spence@akronhousing.org*



Huntington National Bank
P.O. Box 1558 GW4W61
Columbus, OH 43216

HNB00002521552801

Dispute Confirmation Summary

August 15, 2025
Customer Name: FULANI SERVICES LLC
Account Number Ending In:
Case ID: 25215528

Questionnaire Recap: Please confirm the customer is requesting additional information on the transaction(s) and they are not disputing the transaction. Please note: merchants are not required to provide the bank with copies of sales slips. We will provide details of the transaction/info that we receive.

Please submit any other documentation to your local Huntington branch or via mail to P.O. Box 1558 GW4W61, Columbus, OH 43216.

**This Case is related to the following transaction(s):**

| Date | Transaction Description | | Transaction Amount |
|------|------------|-------------|--------------------|
| 01/08/2024 | LIPH Bank | WEB PAYMN | $425.00 |



Welcome:

| Summary | Contacts | Account Info | Verification | Treasury Mgmt/Business Bundle | | FULANI SERVICES LLC | End Session |

**Active Account: Huntington Unlimited Checking - 01500250553**

Transaction Search

**Enter Search Criteria:**

From : 01/01/2024    Amount : < Select > v    Item Type : <Select> v

To : 01/15/2024    Check No : < Select > v

[ Search ] [ Reset ] [ Cancel ]

| Date | Number | Type | Payee | Debit | Credit | Running Balance |
|------|--------|------|-------|-------|--------|-----------------|
| 01/02/2024 | 0 | Miscellaneous | Debit Card Provisional Credit Issued | | 725.00 | 13,696.08 |
| 01/02/2024 | 0 | Debit Card | EASY SAVINGS REBATE RBT GET GO #3029 ************8775 | | 0.09 | 13,696.17 |
| 01/02/2024 | 0 | Debit Card | LYFT *1 RIDE 12-28 ************8775 | 15.99 | | 13,682.18 |
| 01/02/2024 | 0 | Debit Card | LYFT *1 RIDE 12-29 ************8775 | 14.32 | | 13,667.86 |
| 01/02/2024 | 0 | Debit Card | IDT BOSS INTL CALLING ************8775 | 5.00 | | 13,662.86 |
| 01/02/2024 | 230001 | ATM/POS | PURCHASE   WM SUPERC Wal-Mart ************8775 | 10.17 | | 13,652.69 |
| 01/02/2024 | 230062 | ATM/POS | PURCHASE   Wal-Mart Super Cen ************8775 | 208.00 | | 13,444.69 |
| 01/02/2024 | 0 | Debit Card | IDT BOSS INTL CALLING ************8775 | 5.00 | | 13,439.69 |
| 01/02/2024 | 0 | Debit Card | LYFT *1 RIDE 12-30 ************8775 | 14.11 | | 13,425.58 |
| 01/02/2024 | 4303 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ************8775 | 100.00 | | 13,325.58 |
| 01/02/2024 | 4303 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ************8775 | 20.00 | | 13,305.58 |
| 01/02/2024 | 716811 | ATM/POS | PURCHASE   WALGREENS STORE 11 ************8775 | 10.13 | | 13,295.45 |
| 01/02/2024 | 0 | Debit Card | WATERLOO PIT STOP ************8775 | 32.08 | | 13,263.37 |
| 01/02/2024 | 905239 | ATM/POS | PURCHASE   WALGREENS STORE 11 ************8775 | 10.73 | | 13,252.64 |
| 01/02/2024 | 716034 | Check | WITHDRAWAL | 200.00 | | 13,052.64 |
| 01/02/2024 | 0 | Electronic Debit | PAYROLL SERVICE F6VU | 1,190.15 | | 11,862.49 |
| 01/05/2024 | 0 | Direct Deposit | STATE OF OHIO   MAINT/WARR | | 4,318.92 | 16,181.41 |
| 01/08/2024 | 325812 | Check | WITHDRAWAL | 100.00 | | 16,081.41 |
| 01/08/2024 | 173939 | Check | WITHDRAWAL | 100.00 | | 15,981.41 |
| 01/08/2024 | 0 | Electronic Debit | ONLINE PAYROLL PAYROLL | 73.66 | | 15,907.75 |
| 01/08/2024 | 0 | Electronic Debit | LIPH Bank   WEB PAYMNT | 425.00 | | 15,482.75 |
| 01/08/2024 | 0 | Electronic Debit | KimPres Real Est Payment | 1,377.39 | | 14,105.36 |
| 01/10/2024 | 105992 | Check | WITHDRAWAL | 250.00 | | 13,855.36 |
| 01/11/2024 | 0 | Direct Deposit | STATE OF OHIO   MAINT/WARR | | 696.66 | 14,552.02 |
| 01/11/2024 | 0 | Electronic Debit | PAYROLL SERVICE F6VU | 1,751.97 | | 12,800.05 |
| 01/12/2024 | 517102 | Check | WITHDRAWAL | 200.00 | | 12,600.05 |