**FILED**

SEP 16 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

Elhadj Alpha Mahmoud Souare,
Plaintiff,

v.                              Case No. 5:25-cv-00695                Judge: Hon. Adams

Akron Metropolitan Housing Authority,
Defendant.


## PLAINTIFF'S MOTION TO ENFORCE SCHEDULING ORDER AND FOR SANCTIONS REGARDING DEFENDANT'S FAILURE TO TIMELY FILE DISPOSITIVE MOTION

Plaintiff, proceeding pro se, respectfully moves this Court to enforce its scheduling order requiring Defendant to file any dispositive motions by September 15, 2025. Defendant failed to file any dispositive motion by the Court's deadline and remains in violation of the scheduling order.

1. Background
- On August 14, 2025 at 11:00 a.m., the Court conducted a Case Management Conference.
- At that conference, and in the resulting scheduling order, the Court set a deadline of September 15, 2025 for Defendant to file any dispositive motions.
- That deadline has now passed. As of the date of this filing, Defendant has filed no dispositive motion.
- Plaintiff has complied with all deadlines and requirements to date.

2. Legal Basis
Federal Rule of Civil Procedure 16(f) authorizes the Court to impose sanctions when a party fails to obey a scheduling or other pretrial order. Courts in this Circuit have consistently held that adherence to scheduling orders is critical to the fair and efficient administration of justice. See In re National Century Fin. Enterprises, Inc., 341 B.R. 198, 201 (Bankr. S.D. Ohio 2006) (scheduling orders are "not frivolous pieces of paper, idly entered, which can be cavalierly disregarded").

Defendant's failure to comply with the Court's order prejudices Plaintiff by delaying resolution of this matter and undermines the authority of the Court's scheduling directives.

3. Requested Relief

Plaintiff respectfully requests that this Court:

1. Bar Defendant from filing any untimely dispositive motions;
2. Strike any attempt to file a dispositive motion after the deadline;
3. Order that the case proceed toward trial or the next procedural stage; and
4. Grant such other relief as this Court deems just and proper, including consideration of sanctions under Rule 16(f).

4. Conclusion

Defendant failed to file any dispositive motion by the Court's deadline of September 15, 2025. Plaintiff respectfully asks this Court to enforce its scheduling order and bar Defendant from further delay.

Respectfully submitted,

/s/ Elhadj Alpha Mahmoud Souare
P.O. Box 7024
Akron, Ohio 44306
Tel: (234) 303-9210
Email: fulaniservicesllc@outlook.com

Date: September 16, 2025

Exhibit A: Plaintiff's Response in Opposition to Defendant's Motion to Dismiss is attached hereto and incorporated by reference.

CERTIFICATE OF SERVICE

I certify that on September 16, 2025, a true and correct copy of the foregoing Motion, together with Exhibit A, was served by U.S. Mail and/or the Court's electronic filing system on counsel for Defendant.

/s/ Elhadj Alpha Mahmoud Souare